64 So.2d 135

## METROPOLITAN LIFE INS. CO. v. Mary Ruth FOX.

### I Div. 541.

Supreme Court of Alabama.
March 26, 1953.

Johnston, McCall & Johnston, Mobile, for petitioner.

Vickers & Thornton, Mobile, opposed.

MERRILL, Justice.

Petition of Mary Ruth Fox for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Metropolitan Life Ins. Co. v. Fox, 64 So.2d 122.

Writ denied.

LAWSON, STAKELY and GOODWYN, JJ., concur.

---

64 So.2d 102 ,

## William E. HUDDLESTON v. STATE.

### 5 Div. 564.

Supreme Court of Alabama.
March 26, 1953.

Si. Garrett, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the petition.

G. C. Walker, Clanton, and Holley, Milner & Holley, Wetumpka, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Huddleston v. State, 64 So.2d 90.

Writ denied.

STAKELY, GOODWYN and MERRILL, JJ., concur.

---

64 So.2d 115

## O. G. ROUGHTON v. T. D. JACKSON.

### 4 Div. 733.

Supreme Court of Alabama.
March 26, 1953.

Baldwin & Baldwin, Andalusia, for petitioner.

A. R. Powell, Jr., Andalusia, opposed.

STAKELY, Justice.

Petition of O. G. Roughton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Roughton v. Jackson, 64 So.2d 112.

Writ denied.

LAWSON, GOODWYN and MERRILL, JJ., concur.